IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL JESSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-3287 |
| | § | |
| BNSF RAILWAY CO., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In the March 27, 2013 status conference in this case, the parties informed the court that Michael Jessen's claims arising out of his suspension will be subject to arbitration. For the reasons stated on the record, this case is dismissed without prejudice pending arbitration.

SIGNED on March 28, 2013, at Houston, Texas.

                                                Lee H. Rosenthal
                                                United States District Judge